[No. 17716. *En Banc.* December 13, 1923.]

F. M. BALCOM, *Appellant*, v. M. KOHNO, *Respondent.*[1]

Cross-appeals from a judgment of the superior court for Yakima county, Holden, J., entered September 19, 1922, upon findings in favor of the defendant, in an action on contract, tried to the court. Reversed.

*Henry H. Wende* and *O. L. Boose*, for appellant.
*J. M. Dunn* and *Joseph M. Glasgow*, for respondent.

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc*, a majority of the court adhere to the opinion heretofore filed herein, as reported in 124 Wash. 628, 215 Pac. 17, and the judgment of the trial court is therefore reversed as directed by the Departmental opinion.